IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL O'CONNOR and ANGELA O'CONNOR,<br><br>                Plaintiffs,<br><br>vs.<br><br>ANDURO HOLDINGS, LLC and HENRY R. DATELLE,<br><br>                Defendants.<br><br>ANDURO HOLDINGS, LLC,<br><br>                Counter-Plaintiff,<br><br>vs.<br><br>MICHAEL O'CONNOR,<br><br>                Counter-Defendant. | Civil Action File<br>No. 1:10-cv-01438-AT |

**PETITION FOR LEAVE OF ABSENCE**

COMES NOW Hayden R. Pace, Esq. and applies to this Court for Leave of Absence for the period beginning January 12 – 23, 2015, February 23-27, 2015 and March 16-17, 2015 when Applicant will be traveling out of state for: a jury trial in California (January 12-23, 2015), Arbitration in California (February 23-27, 2015)

and for family vacation (March 16-17, 2015). Applicant is the attorney for Defendants Anduro Holdings, LLC and Henry R. Datelle in the above-styled case.

Applicant shows that a copy of this Petition is served on Plaintiff or its counsel by United States Mail and by electronic means with the filing of this document through the Court's CM/ECF system. No scheduled hearing dates are now pending. All affected judges and opposing parties have ten (10) days from the date of this Notice to object to this proposed leave. If no objections are filed, the leave of absence should be considered granted. For the Court's convenience, the Applicant has attached hereto as Exhibit "A" a proposed Order granting the requested leave.

Respectfully submitted this 22nd day of December, 2014.

By:    /s/ Hayden Pace
     Hayden Pace
     Georgia Bar No. 558595

     Counsel for Defendants

**STOKES WAGNER HUNT MARETZ & TERRELL, ALC**
3593 Hemphill St.
Atlanta, GA 30337
Phone: (404) 766-0076
Facsimile: (404) 766-8823
hpace@stokeswagner.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed "Petition for Leave of Absence" with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

>N. Kirkland Pope, Esq.

>David C. Rayfield, Esq.

>Jay F. Hirsch, Esq.

This 22nd day of December, 2014.

>By:     /s/ Hayden Pace
>Hayden Pace
>Georgia Bar No. 558595

>Counsel for Defendants

**STOKES WAGNER HUNT
MARETZ & TERRELL, ALC**
3593 Hemphill St.
Atlanta, GA 30337
Phone: (404) 766-0076
Facsimile: (404) 766-8823
hpace@stokeswagner.com