# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL O'CONNOR and ANGELA O'CONNOR,<br><br>        Plaintiffs,<br><br>vs.<br><br>ANDURO HOLDINGS, LLC and HENRY R. DATELLE,<br><br>        Defendants.<br><br>ANDURO HOLDINGS, LLC,<br><br>        Counter-Plaintiff,<br><br>vs.<br><br>MICHAEL O'CONNOR,<br><br>        Counter-Defendant. | Civil Action File<br>No. 1:10-cv-01438-AT |

## ORDER GRANTING LEAVE OF ABSENCE

IT IS HEREBY ORDERED that Hayden R. Pace, Esq., counsel for Anduro Holdings, LLC and Henry R. Datelle, is granted Leave of Absence for the following periods: January 12 – 23, 2015, February 23-27, 2015 and March 16-17, 2015.

IT IS SO ORDERED, this _____ day of _____, 2014.

_____
The Honorable _____
United States District Court
Northern District of Georgia
Atlanta Division